AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SCOTT D. PHILLIPS,**
       **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CLIFFORD SMITH, Warden,**       **CASE NO. C2-07-833**
       **Respondent.**              **JUDGE EDMUND A. SARGUS, JR.**
                                         **MAGISTRATE JUDGE MARK R. ABEL**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed January 13, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 13, 2009                       JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk